UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL SELTZER,

                                **Plaintiff,**                              19-CV-11176 (LTS)(SN)

                      -against-                                      <u>**ORDER**</u>

NATIONAL GENERAL INSURANCE
COMPANY, et al.,

                                **Defendants.**

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 26, 2019, Defendants filed a motion to dismiss the complaint or stay proceedings and compel arbitration. ECF No. 16. Plaintiff did not file a letter requesting leave to amend within seven days, pursuant to Judge Swain's Individual Practices, nor did he file an opposition within 14 days in accordance with Local Rule 6.1(b). No later than January 27, 2020, Plaintiff shall file either an opposition to Defendants' motion or a status letter stating whether he intends to oppose.

**SO ORDERED.**

                                                                      _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     January 23, 2020
                  New York, New York