

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Nov. 4, 2021
```

212.583.9600 main
212.832.2719 fax
mweber@littler.com

November 2, 2020

**VIA ECF**

Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Michael Seltzer v. National General Insurance Company, et al.
               Case No.: 1:19-cv-11176-LTS-SN

Dear Magistrate Judge Netburn:

      We represent Defendants National General Insurance Company, National General Holdings Corp., Roe and Associates and Matthew J. Roe (collectively "Defendants") in connection with the above-referenced matter. We write jointly with Plaintiff regarding the Court's instruction to submit a letter regarding the status of the case.

      Both parties have consented to the arbitration of this matter. It is currently being arbitrated with the American Arbitration Association ("AAA"). We are currently conducting discovery and do not have an arbitration date yet scheduled.

      We thank the Court for its time and consideration of this matter.

---

This action and all deadlines are further stayed for 90 days. The parties shall file a joint letter concerning the status of arbitration, either by February 2, 2021, or by the completion of arbitration, whichever comes first.
**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
Dated: November 4, 2020                       United States Magistrate Judge
        New York, New York

littler.com